| No | IP | Hit Date UTC | File Name |
|---:|----|--------------|-----------|
| 1 | 73.135.8.125 | 2016-06-14 00:08:17 | Cell.2016.HDRip.XViD-ETRG |
| 2 | 73.172.233.236 | 2016-06-14 00:16:37 | Cell.2016.HDRip.XViD-ETRG |
| 3 | 98.233.72.33 | 2016-06-14 00:22:01 | Cell.2016.HDRip.XViD-ETRG |
| 4 | 69.255.131.53 | 2016-06-14 00:25:21 | Cell.2016.HDRip.XViD-ETRG |
| 5 | 73.212.4.205 | 2016-06-14 00:29:12 | Cell.2016.HDRip.XViD-ETRG |
| 6 | 73.135.5.253 | 2016-06-14 00:29:34 | Cell.2016.HDRip.XViD-ETRG |
| 7 | 73.133.113.90 | 2016-06-14 00:46:38 | Cell.2016.HDRip.XViD-ETRG |
| 8 | 73.173.65.4 | 2016-06-14 01:18:20 | Cell.2016.HDRip.XViD-ETRG |
| 9 | 73.133.72.97 | 2016-06-14 02:12:45 | Cell.2016.HDRip.XViD-ETRG |
| 10 | 73.173.223.10 | 2016-06-14 02:14:07 | Cell.2016.HDRip.XViD-ETRG |
| 11 | 24.126.64.61 | 2016-06-14 02:17:29 | Cell.2016.HDRip.XViD-ETRG |
| 12 | 73.129.178.217 | 2016-06-14 02:54:35 | Cell.2016.HDRip.XViD-ETRG |
| 13 | 98.231.136.52 | 2016-06-14 03:18:06 | Cell.2016.HDRip.XViD-ETRG |
| 14 | 73.132.222.124 | 2016-06-14 03:58:54 | Cell.2016.HDRip.XViD-ETRG |
| 15 | 73.212.53.96 | 2016-06-14 04:06:38 | Cell.2016.HDRip.XViD-ETRG |

| File Hash | ISP | Region |
|---|---|---|
| SHA1: 41802F9EB8B6EEF8456BF6B58ACC8A4EBDD92EA8 | Comcast Cable | Maryland |
| SHA1: 41802F9EB8B6EEF8456BF6B58ACC8A4EBDD92EA8 | Comcast Cable | Maryland |
| SHA1: 41802F9EB8B6EEF8456BF6B58ACC8A4EBDD92EA8 | Comcast Cable | Maryland |
| SHA1: 41802F9EB8B6EEF8456BF6B58ACC8A4EBDD92EA8 | Comcast Cable | Maryland |
| SHA1: 41802F9EB8B6EEF8456BF6B58ACC8A4EBDD92EA8 | Comcast Cable | Maryland |
| SHA1: 41802F9EB8B6EEF8456BF6B58ACC8A4EBDD92EA8 | Comcast Cable | Maryland |
| SHA1: 41802F9EB8B6EEF8456BF6B58ACC8A4EBDD92EA8 | Comcast Cable | Maryland |
| SHA1: 41802F9EB8B6EEF8456BF6B58ACC8A4EBDD92EA8 | Comcast Cable | Maryland |
| SHA1: 41802F9EB8B6EEF8456BF6B58ACC8A4EBDD92EA8 | Comcast Cable | Maryland |
| SHA1: 41802F9EB8B6EEF8456BF6B58ACC8A4EBDD92EA8 | Comcast Cable | Maryland |
| SHA1: 41802F9EB8B6EEF8456BF6B58ACC8A4EBDD92EA8 | Comcast Cable | Maryland |
| SHA1: 41802F9EB8B6EEF8456BF6B58ACC8A4EBDD92EA8 | Comcast Cable | Maryland |
| SHA1: 41802F9EB8B6EEF8456BF6B58ACC8A4EBDD92EA8 | Comcast Cable | Maryland |
| SHA1: 41802F9EB8B6EEF8456BF6B58ACC8A4EBDD92EA8 | Comcast Cable | Maryland |
| SHA1: 41802F9EB8B6EEF8456BF6B58ACC8A4EBDD92EA8 | Comcast Cable | Maryland |

| City | Province |
|------|----------|
| Huntingtown | Calvert |
| Silver Spring | Montgomery |
| Owings Mills | Baltimore |
| Frederick | Frederick |
| Riverdale Hills | Prince George's |
| Frederick | Frederick |
| Westminster | Carroll |
| Bowie | Prince George's |
| Silver Spring | Montgomery |
| Clinton | Baltimore |
| Odenton | Baltimore |
| Essex | Baltimore |
| Rockville | Montgomery |
| Baltimore | Baltimore |
| Silver Spring | Montgomery |