IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| **CELL Film Holdings, LLC** | * | |
| Plaintiff | * | |
| v. | * | Case No.: 1:16-cv-03043 |
| **DOES 1-15** | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## *EX PARTE* MOTION TO ALLOW LIMITED DISCOVERY TO IDENTIFY DEFENDANTS BEFORE RULE 26(f) CONFERENCE

Plaintiff, CELL Film Holdings, LLC, by and through its attorneys, Jeffrey R. Schmieler and Saunders & Schmieler, P.C., files this *Ex Parte* Motion to Allow Limited Discovery to Identify Defendants Before Rule 26(f) Conference and states:

1. CELL Film Holdings, LLC, owns the copyright to the mainstream motion picture *CELL*.

2. In this action, CELL Film Holdings, LLC, alleges that the 15 Doe defendants used the BitTorrent protocol to infringe and contribute to the infringement of its copyright. LHF Productions seeks an injunction ordering each defendant to stop infringing its copyright, to delete all copies each defendant has made of *CELL*, and torrent file(s) relating to *CELL* from each computer or electronic device in each defendant's possession, custody, or control. CELL Film Holdings, LLC, also seeks to recover damages for the defendants' acts of infringement and contributory infringement.

3. CELL Film Holdings, LLC, does not know the true identifying information for any of the 15 Doe defendants; it knows only their IP addresses. CELL Film Holdings, LLC needs